**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7739**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHMOND WALL, III,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Jerome B. Friedman, District Judge. (CR-98-177-A)

———————

Submitted: April 18, 2002          Decided: April 25, 2002

———————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles Frederick Daum, Arlington, Virginia, for Appellant. Justin W. Williams, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richmond Wall seeks to appeal the district court's order and opinion denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Wall</u>, No. CR-98-177-A (E.D. Va. filed Sept. 7, 2001; entered Sept. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2